# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIMENA AYALA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, et al.,<br><br>   Defendants. | Case No.: 3:24-cv-2330-RSH-JLB<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 21] |

On June 17, 2025, the Parties filed a Joint Motion to Dismiss. ECF No. 21. The Motion satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby DISMISSED WITH PREJUDICE. Each Party is to bear its own fees and costs. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: June 18, 2025

_____
Hon. Robert S. Huie
United States District Judge